IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00031-CBS

ROBIN J. BRYAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and  Order signed by the Honorable Craig B. Shaffer on March 4, 2016, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final decision is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Robin J. Bryan.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with each party to bear her own attorney fees and costs.

DATED at Denver, Colorado this 4th  day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK



s/N. Marble
N. Marble,
Deputy Clerk